Hazel V. MacKinlay, Plaintiff-Appellant, v. Donald D. MacKinlay, Defendant-Appellee.

**Gen. No. 10,166.**

Third District.

August 11, 1958.

Released for publication August 27, 1958.

William M. Giffin, for plaintiff-appellant; Conrad Noll, Jr., for defendant-appellee. Opinion by JUDGE REYNOLDS. **Not to be published in full.**